# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Ohio

Case Number: 3:23-CV-317

Plaintiff: **GS HOLISTIC, LLC**
vs.
Defendant: **PQR ENTERPRISE INC. d/b/a RIVERSIDE SMOKE AND VAPE, ET AL**

BII2023011866

For: John D. Hoffman, Jr. Esq.
John Hoffman Law Office, LLC

Received by Burke Process Service on the 24th day of October, 2023 at 1:05 pm to be served on **PQR ENTERPRISE INC. d/b/a RIVERSIDE SMOKE AND VAPE, REGISTERED AGENT MAHMOUD WAHDAN, 3081 VALLEY PIKE, SUITE A, RIVERSIDE, OH 45404**. I, Antonio Green, do hereby affirm that on the 26th day of October 2023 at 2:45p.m., executed service by delivering a true copy of the **Summons, Notice of Violation of U.S. Federal Law and Complaint for Injunctive Relief and Damages** in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: By serving therein named individual at listed business address

( ) DESIGNATED SERVICE, : By serving ______________, as ______________, who stated that he/she was the designated person to accept service on the within named subject's behalf in their absence, and informed said person of the contents therein in compliance with state statutes.

(X) CORPORATE SERVICE REGISTERED AGENT: By serving Mahmoud Mahdan as Registered Agent

( ) CORPORATE SERVICE: By serving ______________ as ______________, as an agent/employee of the corporation or Registered Agent, as allowed by Florida Statutes and informed said person of the contents wherein.

( ) CORPORATE SERVED AT USUAL PLACE OF ABODE by leaving a copy with the date and hour endorsed thereon by me to ______________, who is co-resident & is 15 years of age or older of Corporate officer, Registered Agent or Corporate Director: ______________, as allowed by FL Statutes 48.081 (3) (b) and 48.031 (1) (a) and informed said person of the contents wherein.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:**______________

Age 45 Sex (M) F Race Arabic Height 5"7 Weight 200 Hair Blk Glasses Y (N)

## RETURN OF SERVICE For 3:23-CV-317

Under penalties of perjury, I declare that I have read the foregoing Return of Service and the facts stated are true and correct. I certify that I am over the age of 18, have no interest in the above action and am a Process Server, in good standing, in the judicial circuit in which the process was served by delivering a copy of the summons and of the complaint under Federal Rule 4. (h) to an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process.

PROCESS SERVER # N/A
~~Appointed in accordance with State Statutes~~

**Burke Process Service**
**7200 W. Camino Real**
**Suite 102**
**Boca Raton, FL 33433**
**(954) 514-0116**

Our Job Serial Number: 202301186