# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

CASE NO.: 3:23-cv-00317-WHR-MRM

FILED
RICHARD W. NAGEL
CLERK OF COURT
AUG - 1 2025 13 P
U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO-DAYTON

GS HOLISTIC, LLC,
Plaintiff,

v.

PQR Enterprise INC d/b/a Riverside Smoke & Vape and
MAHMOUD WAHDAN,
Defendants.

## REQUEST FOR EXTENSION OF TIME TO RETAIN LEGAL COUNSEL AND NOTICE OF LACK OF AWARENESS OF PROCEEDINGS

To the Honorable Judge of the Court:

I, Mahmoud Wahdan & Moneer Wahdan, respectfully submit this response regarding the case listed above. I was recently made aware of the existence of this lawsuit and the Motion for Default Final Judgment. Until now, I had no knowledge that legal proceedings were underway involving my name. I did not receive any summons or legal notification that would have made me aware of the court case or the requirement to respond.

Due to the serious nature of this case and the potential consequences, I am currently in the process of seeking legal representation. However, I need additional time to retain an attorney who can advise and represent me appropriately in this matter.

Therefore, I respectfully request that the Court:
1. Grant an extension of time to allow me to obtain legal counsel; and
2. Stay or delay any further proceedings, including the consideration of the Plaintiff's Motion for Default Final Judgment, until I am properly represented.

I am acting in good faith and am not attempting to delay the case unnecessarily, but rather to ensure that I can participate fairly and responsibly in these proceedings.

Thank you for your time and consideration.

Respectfully submitted,

Mahmoud Wahdan

3081 Valley Pike

Dayton, OH 45404

Moneerw12@yahoo.com

July 30, 2025