THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| GS HOLISTIC, LLC.<br><br>Plaintiff,<br><br>vs.<br><br>CRYSTALS UP IN SMOKE INC.,<br>d/b/a UP IN SMOKE, *et al.*<br><br>Defendants. | CASE NOS. 1:23-cv-627<br>1:23-cv-634<br>1:23-cv-635<br>1:23-cv-636<br>1:23-cv-638<br>1:23-cv-639<br>1:23-cv-641<br>1:23-cv-648<br>1:23-cv-671<br>1:23-cv-672<br>1:23-cv-673<br>1:23-cv-674<br>1:23-cv-677<br>1:23-cv-708<br>1:23-cv-748<br>1:24-cv-451<br>1:24-cv-553<br>1:25-cv-163<br>2:23-cv-3231<br>2:23-cv-3234<br>2:23-cv-3472<br>2:23-cv-3578<br>2:23-cv-3601<br>2:23-cv-3604<br>2:23-cv-3606<br>2:23-cv-3760<br>2:23-cv-3761<br>2:23-cv-3762<br>2:23-cv-3782<br>2:23-cv-3786<br>2:23-cv-3811<br>2:23-cv-3928<br>2:23-cv-3931<br>3:23-cv-294<br>3:23-cv-307<br>3:23-cv-317 |

3:23-cv-323
3:23-cv-324
3:23-cv-325
3:23-cv-328
3:23-cv-336
3:23-cv-350
3:23-cv-351

Judge Walter H. Rice
Magistrate Judge Michael R. Merz

---

ORDER DIRECTING COUNSEL FOR PLAINTIFF GS HOLISTIC, LLC TO NOTIFY THE COURT ON THE STATUS OF EACH CAPTIONED CASE, INCLUDING ANY PROGRESS ON SETTLEMENT NEGOTIATIONS, NO LATER THAN 5:00 P.M. EST ON DECEMBER 19, 2025, ALL OTHER DEADLINES SET FORTH IN THE COURT'S NOVEMBER 19, 2025, SCHEDULING ORDER (CASE NO. 1:23-cv-627, DOC. #28) REMAIN IN EFFECT

---

On November 19, 2025, the Court set forth an omnibus Scheduling Order for the above-captioned cases. (*See, e.g.*, Case No. 1:23-cv-627). In that Order, the Court directed all parties to "engage in earnest, good-faith settlement discussions " until "5:00 p.m. EST on Friday, January 2, 2026." (*Id.* at PAGEID 128). As part of its inherent authority to manage its dockets, the Court ORDERS counsel for Plaintiff GS Holistic, LLC to provide brief (at most one-paragraph) status updates on **each** of the captioned cases, including any progress on settlement negotiations, no later than **5:00 p.m. EST on Friday, December 19, 2025**. The captions in the update filings should list only the parties to that particular case, and each update should pertain only to the particular case.

**IT IS SO ORDERED.**

Walter H. Rice

Date: December 10, 2025

WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT