**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

Case No. 3:23-cv-00317-TMR-CHG

GS HOLISTIC, LLC,

Plaintiff,

vs.

PQR ENTER. Inc., et al.,

Defendants.
_______________________________________ /

**NOTICE OF STATUS**

Pursuant to this Court's December 10, 2025, Order, Plaintiff, by and through undersigned counsel, files this Notice of Status and states as follows:

1. Counsel has sent communication to the counsel for Defendant requesting that they contact undersigned counsel and GS representatives to schedule a settlement conference at the earliest convenience. As of the date of this status update, undersigned counsel has not heard from counsel. Counsel remains willing and available to participate in a settlement conference at a mutually agreeable date and time. Plaintiff will update the Court regarding any developments related to settlement discussions.

Respectfully submitted,

/s/ John Ridge, Esq.
John Ridge, Esq.
OH Bar No. 0086046
Ridge Law, LLC
3136 Kingsdale Center #119
Upper Arlington, Ohio 43221
jridge@ridge-law.com
Serv609@LegalBrains.com
Telephone: 561-232-2222
*Attorney for the Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this December 18, 2025, I electronically filed the foregoing document with the Clerk of the Court via CM/ECF and it was sent electronically to all NEF registered parties.

/s/ John Ridge, Esq.
John Ridge, Esq.
OH Bar No. 0086046
Ridge Law, LLC
3136 Kingsdale Center #119
Upper Arlington, Ohio 43221
jridge@ridge-law.com
Serv609@LegalBrains.com
Telephone: 561-232-2222
*Attorney for the Plaintiff*