**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| **GS HOLISTIC, LLC** | : | **CASE NO. 3:23-cv-00317**<br>**(District Judge Walter H. Rice)** |
| **Plaintiff,** | : | **(Magistrate Judge Michael R. Merz)** |
| **v.** | : | |
| **PQR ENTERPRISE INC., et al.,** | : | **NOTICE OF NON-CONSENT**<br>**TO MAGISTRATE JUDGE OF** |
| **Defendants.** | : | **JURISDICTION FOR TRIAL** |

Pursuant to the Court's February 6, 2026, Order, Defendants, PQR Enterprise, Inc., and Mahmoud Wahdan, inform this Court that they do not consent to the Magistrate Judge jurisdiction for trial.

Respectfully submitted,

/s/ FREDRIC L. YOUNG

FREDRIC L. YOUNG (0059544)
D. ALEXANDER NISWONGER (0104874)
Attorneys for Defendants
Green & Green, Lawyers
800 Performance Place
109 North Main Street
Dayton, Ohio 45402-1290
Tel. 937.224.3333
Fax 937.224.4311
flyoung@green-law.com
daniswonger@green-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing has been filed electronically through the Court's electronic filing system on the time-stamped date. Notice was sent to all parties by operation of the Court's electronic system. Parties may access this filing through said system.

/s/ FREDRIC L. YOUNG
FREDRIC L. YOUNG