**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| **GS HOLISTIC, LLC** | : | **CASE NO. 3:23-cv-00317**<br>**(District Judge Walter H. Rice)** |
| | : | **(Magistrate Judge Michael R. Merz)** |
| **Plaintiff,** | | |
| **v.** | : | |
| **PQR ENTERPRISE INC., et al.** | : | **NOTICE OF**<br>**WITHDRAWAL OF CO-COUNSEL** |
| **Defendants.** | : | |

D. Alexander Niswonger of GREEN & GREEN, Lawyers, 109 North Main Street, 800 Performance Place, Dayton, Ohio 45402-1290, hereby withdraws as co-counsel for Defendants. The undersigned remains as trial counsel.

Respectfully submitted,

/S/ FREDRIC L. YOUNG

Fredric L. Young (0059544)
Green & Green, Lawyers
800 Performance Place
109 North Main Street
Dayton, Ohio 45402-1290
Tel. 937.224.3333
Fax 937.224.4311
flyoung@green-law.com
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing was served via electronic mail on the following on the 12th day of March 2026.

John Charles Ridge
Ridge Law, LLC
3136 Kingsdale Center #119
Upper Arlington, OH 43221
jridge@ridge-law.com

Eddy Leal, P.A.
777 Brickell Avenue, Suite 500
Miami, FL 33131
el@leallegal.com

/s/ FREDRIC L. YOUNG
FREDRIC L. YOUNG



GREEN
GREEN
LAWYERS
A LEGAL PROFESSIONAL ASSOCIATION