AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

GS HOLISTIC, LLC
*Plaintiff*
v.
PQR ENTERPRISE, INC.,, et al.,
*Defendant*

Case No. 3:23-cv-00317

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants.

Date: 05/18/2026

*Attorney's signature*


CARIN E. BIGLEY (0090231)
*Printed name and bar number*

GREEN & GREEN, LAWYERS
109 N. Main Street
800 Performance Place
Dayton, Ohio 45402
*Address*

cebigley@green-law.com
*E-mail address*

(937) 224-3333
*Telephone number*

(937) 224-4311
*FAX number*