THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| GS HOLISTIC, LLC.<br><br>Plaintiff,<br><br>vs.<br><br>CRYSTALS UP IN SMOKE INC.,<br>d/b/a UP IN SMOKE, *et al.*<br><br>Defendants. | CASE NOS. 1:23-cv-627<br>1:23-cv-634<br>1:23-cv-635<br>1:23-cv-636<br>1:23-cv-638<br>1:23-cv-639<br>1:23-cv-641<br>1:23-cv-648<br>1:23-cv-708<br>1:23-cv-748<br>1:24-cv-451<br>1:24-cv-553<br>1:25-cv-163<br>2:23-cv-3234<br>2:23-cv-3578<br>2:23-cv-3601<br>2:23-cv-3604<br>2:23-cv-3606<br>2:23-cv-3760<br>2:23-cv-3761<br>2:23-cv-3782<br>2:23-cv-3786<br>2:23-cv-3811<br>2:23-cv-3928<br>2:23-cv-3931<br>3:23-cv-294<br>3:23-cv-307<br>3:23-cv-317<br>3:23-cv-324<br>3:23-cv-325<br>3:23-cv-328<br>3:23-cv-336<br>3:23-cv-350<br>3:23-cv-351 |

Judge Walter H. Rice

---

ORDER DIRECTING COUNSEL FOR PLAINTIFF GS HOLISTIC, LLC, NO LATER THAN 5:00 P.M. EDT ON TUESDAY, MAY 26, 2026, TO FILE STATUS REPORTS IN THE CASES FOR WHICH DEFENDANTS HAVE NOT RESPONDED TO PLAINTIFF'S REQUESTS FOR OR NOTICES OF DEPOSITION

---

On Tuesday, May 19, 2026, the undersigned received a message from Eddy Leal, counsel for Plaintiff GS Holistic, LLC, stating that, in many of the above-captioned cases, Defendants would not communicate with him with respect to his requests for or notices of deposition. Before the Court can resolve this issue, the Court must ascertain the cases in which Defendants have supposedly been non-responsive. Accordingly, counsel for Plaintiff is ORDERED to file, in each case to which it is pertinent, a statement of efforts undertaken by Plaintiff to arrange depositions and of the alleged non-responsiveness of Defendants. Counsel for Plaintiff must do so no later than **5:00 P.M. EDT on Tuesday, May 26, 2026**.

**IT IS SO ORDERED.**

May 20, 2026

Walter H. Rice

WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT