**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**SOUTHERN DIVISION AT DAYTON**

Case No. 3:23-cv-00317

GS HOLISTIC, LLC,

Plaintiff,

vs.

PQR Enter Inc., et al.,

Defendants.
_______________________________________ /

**PLAINTIFF'S AMENDED STATUS REPORT**

Plaintiff, GS Holistic, by and through undersigned counsel, files this Amended Notice of Status and states as follows:

1. The previously submitted status report (DE 58) was incorrect. Undersigned counsel filed the incorrect status report for this matter. That report was intended for a different matter. Counsel for Defendant brought this matter to undersigned counsel's attention. Undersigned counsel to promptly clarify the record is submitting this Amended Status Report.

2. On May 2, 2026, Plaintiff's counsel communicated with counsel for Defendant requesting (1) a copy of Defendant's witness list and (2) dates for the depositions of Defendants to be scheduled. On May 6, 2026, counsel for Defendant responded indicating that they were coordinating with their clients regarding availability for depositions and asked for a list of preliminary topics. As of the date of this Amended Report, undersigned counsel has provided a list of preliminary topics for the corporate representative deposition, apologized for the confusion in the initial status report, and asked for dates to schedule the deposition.

EDDY LEAL, P.A.
777 Brickell Avenue, Suite 500
Miami, FL 33131
Phone: 305-979-3900
Email: EL@leallegal.com
E-Service: eservice@leallegal.com

By: /s/ Eddy Leal
Eddy Leal, Esq.
Florida Bar No. 96030

*Attorney for the Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this May 27, 2026, I electronically filed the foregoing document with the Clerk of the Court via CM/ECF and it was sent electronically to all NEF registered parties.

By: /s/ Eddy Leal
Eddy Leal, Esq.
Florida Bar No. 96030