THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| GS HOLISTIC, LLC.<br><br>Plaintiff,<br><br>vs.<br><br>WIRELESS & SMOKE LLC, d/b/a ZAZA WIRELESS & SMOKE, *et al.*<br><br>Defendants. | CASE NOS. 1:23-cv-748<br>2:23-cv-3761<br>3:23-cv-294<br>3:23-cv-317<br>3:23-cv-351<br><br>Judge Walter H. Rice |

ORDER REQUIRING THE PARTIES TO FILE STATUS REPORTS ON THE CAPTIONED CASES NO LATER THAN THE CLOSE OF DISCOVERY AT 5:00 P.M. EDT ON FRIDAY, JUNE 5, 2026

This matter is before the Court in light of Plaintiff GS Holistic, LLC filing discovery status reports in other cases it is currently prosecuting in this Court. As the deadline for completion of discovery is Friday, June 5, 2026 (*see, e.g.*, Prelim. Pretrial Conf. Order, No. 1:23-cv-748, Doc. #76, PAGEID 962), the Court ORDERS the parties to submit discovery status reports—jointly if such report can be agreed to, separately if not—no later than 5:00 p.m. on that date.[1]

[1] Case No. 1:23-cv-748 is the lead case for the consolidated *In re G Pen Litig.* This Order applies **ONLY** to the original, pre-consolidation parties to the case: Plaintiff and Defendants Wireless & Smoke, LLC, d/b/a ZaZa Wireless & Smoke, and Mohammad Farhan.

**IT IS SO ORDERED.**

May 28, 2026

Walter H. Rice

WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT