**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| **GS HOLISTIC, LLC,** | : | **CASE NO. 3:23-cv-00317** <br> **(District Judge Walter H. Rice)** |
| **Plaintiff,** | : | **(Magistrate Judge Michael R. Merz)** |
| **vs.** | : | |
| **PQR ENTERPRISE, INC., et al.,** | : | **STATUS REPORT OF DEFENDANTS, PQR ENTERPRISE, INC., AND** |
| **Defendants.** | : | **MAHMOUD WAHDAN** |

In accordance with this Court's Order of May 28, 2026 [Doc. #61], Defendants, PQR Enterprise, Inc., and Mahmoud Wahdan, submit the following as their status report regarding discovery.

A. On May 22, 2026, Defendants proposed a deposition date of June 5, 2026 and requested topics to be addressed at the corporate representative deposition.

B. On May 25, 2026, Plaintiff submitted a status report [Doc. #58] erroneously representing to the Court that Defendants were unrepresented and that Defendants had not cooperated in establishing deposition dates.

C. On May 26, 2026, and apparently based upon the erroneous status report of May 25, 2026, this Court ordered the discovery deadline in this case to be extended June 12, 2026 [Doc. #59].

D. On May 27, 2026, Plaintiff filed an amended status report [Doc. #60] reflecting an effort to correct the status report of May 25, 2026.

E. On May 29, 2026, Defendants proposed dates for depositions as follows: June 10, 2026 (afternoon); June 11, 2026; and June 12, 2026.

F. Plaintiff issued notices of deposition of Defendants for June 12, 2026 beginning at 2:30 p.m.

Respectfully submitted,

/S/ FREDRIC L. YOUNG
Fredric L. Young (0059544)
Carin E. Bigley (0090231)
Green & Green, Lawyers
800 Performance Place
109 North Main Street
Dayton, Ohio 45402-1290
Tel. 937.224.3333
Fax 937.224.4311
flyoung@green-law.com
cebigley@green-law.com
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing has been filed electronically through the Court's electronic filing system on the date stamped above. Notice was sent to all parties by operation of the Court's electronic system. Parties may access this filing through said system.

/S/ FREDRIC L. YOUNG
FREDRIC L. YOUNG