THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

GS HOLISTIC, LLC

CASE NO. 3:23-CV-317

Plaintiff,

vs.

PQR ENTERPRISE INC.

Defendant.

**ENTRY AND ORDER SETTING FORTH EXTENDING DISCOVERY DEADLINE**

For good cause shown and, further, pursuant to the conference call had upon the record on June 11, 2026, the discovery deadline in the captioned cause ONLY is extended through the close of business on June 23, 2026. The depositions of Plaintiff's Corporate Representative(s) will take place on June 23, 2026.

**IT IS SO ORDERED.**

Date: 6/22/2026

WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT