**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| **GS HOLISTIC, LLC,** | : | **CASE NO. 3:23-cv-00317** |
| **Plaintiff,** | : | **District Judge Walter H. Rice**<br>**Magistrate Judge Michael R. Merz** |
| **v.** | : | |
| **PQR ENTERPRISE, INC., et al.,** | : | |
| **Defendants.** | : | |

NOTICE OF FILING DECLARATION OF MOHAMMED SHOMAN

Defendant PQR Enterprise, Inc. ("PQR") and Defendant Mahmoud Wahdan ("Wahdan"), through counsel, (collectively "Defendants"), through counsel, hereby provide notice of filing the Declaration of Mohammed Shoman ("Shoman"), who translated Wahdan's Declaration from English to Arabic. Due to travelling, Shoman could not provide his Declaration until this morning. Plaintiff will not be prejudiced by consideration of Shoman's Declaration, as it only attests that Wahdan knew and understood Wahdan's Declaration at the time of execution and provides no substantive value other than for purposes of authentication.

Respectfully submitted,



FREDRIC L. YOUNG (0059544)
CARIN E. BIGLEY (0090231)

GREEN & GREEN, Lawyers
800 Performance Place
109 North Main Street
Dayton, Ohio 45402
Phone: (937) 224-3333
Fax: (937) 224-4311
E-mail: flyoung@green-law.com
cebigley@green-law.com
*Attorneys for Defendants,*
*PQR Enterprise, Inc. v. Mahmoud Wahdan*

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing has been filed electronically through the Court's electronic filing system on the date stamped above. Notice was sent to all parties by operation of the Court's electronic system. Parties may access this filing through said system.

FREDERICK L. YOUNG (0059544)
CARIN E. BIGLEY (0090231)