AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

GS Holistic, LLC
*Plaintiff*
v.
PQR Enterprise Inc. et al.,
*Defendant*

Civil Action No. 3:23-cv-00317

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* ______ recover from the defendant *(name)* ______ the amount of ______ dollars ($ ______ ), which includes prejudgment interest at the rate of ______ %, plus post judgment interest at the rate of ______ % per annum, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ______ recover costs from the plaintiff *(name)* ______ .

☑ other: Defendants' Summary Judgment Motion (Doc. #66) is SUSTAINED, and their Motion for Reconsideration (Doc. #62) is OVERRULED AS MOOT. Judgment shall enter in favor of Defendants and against Plaintiff.

This action was *(check one)*:

❒ tried by a jury with Judge ______ presiding, and the jury has rendered a verdict.

❒ tried by Judge ______ without a jury and the above decision was reached.

☑ decided by Judge Walter H. Rice on a motion for Summary Judgment.

Date: 07/22/2026

*CLERK OF COURT*

Anne Wamsley

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF OHIO