IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| GS HOLISTIC, LLC | : | |
| Plaintiff, | | Case No. 3:23-cv-317 |
| v. | : | JUDGE WALTER H. RICE |
| PQR ENTERPRISE INC., et al., | | |
| Defendants. | : | |

ENTRY OVERRULING AS MOOT DEFENDANTS' MOTION FOR ATTORNEY FEES AND SANCTIONS (DOC. #70) WITHOUT PREJUDICE TO REFILING

On August 4, 2026, Defendants filed a motion seeking attorney fees and additional sanctions related to this case. Doc. #70. Upon reviewing the contents of the proceedings, this Court has determined that the merits of such a motion should not be decided until the close of proceedings.[1] Therefore, Defendants' motion is OVERRULED AS MOOT without prejudice to refiling at the close of proceedings should Defendants believe such a motion is still justified.

Date: September 11, 2026

Walter H. Rice

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

[1] This case was recently re-activated in a separate Decision.